**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA "TASHA" MCKENZIE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a foreign limited liability company,<br><br>Defendant. | **Case No. 2:24-cv-00262-APG-NJK**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Anna "Tasha" McKenzie ("Plaintiff") and Defendant Amazon.com Services LLC, ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiff to respond to Defendant's Partial Motion to Dismiss ("Motion") (ECF No. 7), which was filed on February 13, 2024. Plaintiff's opposition to Defendant's Motion is currently due February 27, 2024. The Parties request a three-week extension up to and including Tuesday, March 19, 2024, in which to respond. This is the first request for an extension of time to file an opposition to Defendant's Motion.

The extension is requested to allow Plaintiff time to file a Motion to Amend or Stipulation to file a First Amended Complaint. Plaintiff believes that all or most of the issues that form the subject matter of the Motion to Dismiss, will be resolved with the filing of a First Amended Complaint.

This request for extension is made in good faith and is intended to conserve both private and judicial resources, as it will hopefully resolve all or most issues relating to Defendant's Motion.

DATED: February 14, 2024   **HKM EMPLOYMENT ATTORNEYS LLP**

*/s/ Dana Sniegocki*
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff Anna "Tasha" McKenzie*

DATED: February 14, 2024   **LITTLER MENDELSON, P.C.**

*/s/ Wendy Krincek*
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
wkrincek@littler.com
ekim@littler.com
*Attorneys for Defendant*
*AMAZON.COM SERVICES LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 20, 2024