1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ANNA "TASHA" MCKENZIE, an Individual, | Case No. 2:24-cv-00262-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| AMAZON.COM SERVICES LLC, a foreign limited liability company, | **(FIRST REQUEST)** |
| Defendant. | |

1

STIPULATION TO FILE FIRST AMENDED COMPLAINT

Pursuant to LR IA 6-2, LR 7-1 and Federal Rule of Civil Procedure 15(a)(2), Plaintiff Anna "Tasha" McKenzie ("Plaintiff") and Defendant Amazon.com Services LLC, ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate to allow Plaintiff to file her First Amended Complaint, attached herein as **Exhibit A**, and to withdraw Defendant's Partial Motion to Dismiss:

1. Whereas Plaintiff filed her original complaint for damages on October 24, 2023, in the Eighth Judicial District Court, Clark County, Nevada;

2. Whereas Defendant removed the Complaint to Federal court on February 6, 2024 (ECF No. 1);

3. Whereas Defendant filed a Partial Motion to Dismiss ("Motion") (ECF No. 7), on February 13, 2024;

4. Whereas the Parties filed a Stipulation to Extend Time to file an opposition to Defendant's motion on February 14, 2024, (ECF No. 8), because Plaintiff intended to file a First Amended Complaint, curing most or all of the alleged defects, which formed the basis of Defendant's Motion;

5. Whereas the filing of the First Amended Complaint is intended to clarify further facts and allegations in this case and remove certain causes of action previously alleged; and

6. Whereas, on February 20, 2024, the Court granted the Stipulation extending Plaintiff's time to file an Opposition to Defendant's Motion until March 19, 2024 (ECF No. 11);

7. Whereas the Parties now stipulate to allowing Plaintiff to file her First Amended Complaint, attached herein as **Exhibit A**;

8. Whereas the Parties further stipulate that Defendant's responsive pleading shall be due thirty (30) days after the First Amended Complaint is filed;

9. Whereas the Defendant withdraws its Motion (ECF No. 7), which is now moot, and to respond to the First Amended Complaint as the newly operative pleading;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10. The Parties agree that no party is agreeing to waive any right or defense by stipulating to allowing Plaintiff to file her First Amended Complaint, including but not limited to Defendants right to file a partial motion to dismiss in response, which it intends to do.

IT IS SO STIPULATED.

DATED: March 14, 2024                HKM  EMPLOYMENT  ATTORNEYS  LLP


By:  */s/ Rebecca Rojas*_____
Admitted *Pro Hac Vice*
HKM Employment Attorneys LLP
3600 Lime Street, Bldg. 2, Ste. 114
Riverside, CA 92501
Tel/Fax: (951) 269-4229
Email:  rrojas@hkm.com

Dana Sniegocki, Esq.
101 Convention Center Dr., Suite 600
Las Vegas, NV 89109
dsniegocki@hkm.com
Phone: (702) 623-7279

Attorneys for Plaintiff
Anna "Tasha" McKenzie

1  DATED: March 14, 2024                 LITTLER MENDELSON, P.C.

2

3                          By:   */s/ Wendy Krincek*

4                                WENDY M. KRINCEK, ESQ.
                                 EMIL S. KIM, ESQ.
5                                3960 Howard Hughes Parkway, Suite 300
                                 Las Vegas, Nevada 89169.5937
6                                Telephone: 702.862.8800
7                                Fax No.: 702.862.8811
                                 wkrincek@littler.com
8                                ekim@littler.com

9
                                 Attorneys for Defendant
10                               AMAZON.COM SERVICES LLC

11

12

13                                   **ORDER**

14

15      The parties' stipulation is **GRANTED**.  Docket No. 20.  Plaintiff must promptly file and

16  serve her First Amended Complaint.  Defendant's motion at Docket No. 7 is deemed withdrawn.

17
                                 IT IS SO ORDERED.
18

19

20                               UNITED STATES MAGISTRATE JUDGE

21
                                 DATED:   March 15, 2024
22

23

24

25

26

27

28