Rebecca Rojas, Esq., *Pro Hac Vice*
HKM Employment Attorneys LLP
3600 Lime Street, Bldg. 2, Ste. 114
Riverside, CA 92501
Tel/Fax: (951) 269-4229
Email: rrojas@hkm.com

Dana Sniegocki, Esq.
Nevada Bar No. 11715
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Dr., Suite 600
Las Vegas, NV 89109
dsniegocki@hkm.com
Phone: (702) 623-7279

Attorneys for ANNA "TASHA" MCKENZIE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANNA "TASHA" MCKENZIE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a foreign limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00262-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff Anna "Tasha" McKenzie ("Plaintiff") and Defendant Amazon.com Services LLC, ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Plaintiff to respond to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint ("Motion") (ECF No. 27), which was filed on April

12, 2024. Plaintiff's Opposition to Defendant's Partial Motion to Dismiss would be due on April 26, 2024. The Parties previously stipulated to an extension of time allowing Plaintiff to file an opposition by May 21, 2024, which the Court granted. The Parties now seek a second request for an extension of time to file an opposition to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint because further time is needed to evaluate a settlement demand. The Parties have discussed and agreed to a second extension to Tuesday, **June 4, 2024**, from the current deadline on May 21, 2024, and now request this Court's approval.

      The extension is requested for the sake of conserving private and judicial resources, as there is a pending settlement demand being considered by Defendant Amazon.

      In the meantime, in order to facilitate settlement, the Parties have granted mutual extensions for pending discovery and also agreed to this stipulation to a second extension of time for Plaintiff to file an Opposition to Defendant's Partial Motion to Dismiss.

      This request for extension to June 4, 2024, is made in good faith and is intended to conserve both private and judicial resources and because it will facilitate potential settlement. Without an extension, the current settlement will be threatened.

DATED: May 10, 2024                HKM EMPLOYMENT ATTORNEYS LLP

                                     By: **/s/ Rebecca Rojas**
                                            Rebecca Rojas, Esq.
                                            Admitted *Pro Hac Vice*
                                            HKM Employment Attorneys LLP
                                            3600 Lime Street, Bldg. 2, Ste. 114
                                            Riverside, CA 92501
                                            Tel/Fax: (951) 269-4229
                                            Email: rrojas@hkm.com

                                            Dana Sniegocki, Esq.
                                            101 Convention Center Dr., Suite 600
                                            Las Vegas, NV 89109

dsniegocki@hkm.com
Phone: (702) 623-7279
Attorneys for Plaintiff Anna "Tasha" McKenzie

DATED: May 10, 2024    LITTLER MENDELSON, P.C.

By: _____*s/ Wendy Krincek*_____
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: __May 13, 2024__