| | |
|---|---|
| 1 | Wendy M. Krincek, Esq. |
| 2 | Nevada Bar No. 6417 |
|   | Emil S. Kim, Esq. |
| 3 | Nevada Bar No. 14894 |
|   | LITTLER MENDELSON, P.C. |
| 4 | 3960 Howard Hughes Parkway |
|   | Suite 300 |
| 5 | Las Vegas, Nevada  89169.5937 |
|   | Telephone:    702.862.8800 |
| 6 | Fax No.:        702.862.8811 |
|   | wkrincek@littler.com |
| 7 | ekim@littler.com |

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNA "TASHA" MCKENZIE, an Individual, | Case No. 2:24-cv-00262-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| AMAZON.COM SERVICES LLC, a foreign limited liability company, | |
| Defendant. | |

Plaintiff ANNA "TASHA" MCKENZIE and Defendant AMAZON.COM SERVICES LLC hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

1 | Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: July 16, 2024

| HKM EMPLOYMENT ATTORNEYS LLP | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Rebecca Rojas, Esq.* | */s/ Emil S. Kim, Esq.* |
| REBECCA ROJAS, ESQ.<br>DANA SNIEGOCKI, ESQ. | WENDY M. KRINCEK, ESQ.<br>EMIL S. KIM, ESQ. |
| Attorneys for Plaintiff<br>ANNA "TASHA" MCKENZIE | Attorneys for Defendant<br>AMAZON.COM SERVICES LLC |

IT IS SO ORDERED:

Dated: July 18, 2024

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4890-1565-8951.1 / 114766-1142

2